# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2012

145142 & (51)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

BRIAN JAMES VEILLEUX,
　　　　　Defendant-Appellant.

SC: 145142
COA: 302335
Oakland CC: 2008-221029-FH

_____/

　　　　On order of the Court, the application for leave to appeal the March 29, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address: (1) whether sentences imposed after a finding of criminal contempt must be served consecutively under MCL 768.7a; and (2) whether a court may hold a person in contempt multiple times for each contemptuous act in a continuous course of conduct. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

　　　　The motion to stay the execution of the defendant's contempt sentences pending appeal is GRANTED. We further ORDER the Oakland Circuit Court to determine whether any recording of the defendant's contemptuous behavior exists, and if so, to provide a copy of that record to this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2012

_____
Clerk

p0717